No. 91–8587.  COSS v. BUNNELL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–8588.  STAMEY v. STAMEY.  Super. Ct. Douglas County, Ga.  Certiorari denied.

No. 91–8589.  BUSTAMANTE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8590.  VINING v. GEORGIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–8591.  WILLIAMS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8592.  BAO TRAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–8593.  DE LA CRUZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 91–8594.  FINCH v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8595.  TANSON v. GLENN COUNTY DEPARTMENT OF SOCIAL SERVICES.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 91–8596.  WASHINGTON v. GRAYSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–8597.  WOODS v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 91–8598.  BAHADAR v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–8599.  DURHAM v. ZENON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 91–8600.  BACHYNSKY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.